IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Adrian Aguayo Rivera,<br><br>Petitioner,<br><br>v.<br><br>John E. Cantu, et al.,<br><br>Respondents. | No. CV-25-03579-PHX-DWL (DMF)<br><br>**ORDER** |

Petitioner Carlos Adrian Aguayo Rivera, who is represented by counsel, filed a Petition for Writ of Habeas Corpus Under § 2241 (Doc. 1). The Court will require Respondents to answer the Petition.

Petitioner names as Respondents: United States Immigration and Customs Enforcement (ICE) Phoenix Field Office Director John Cantu, ICE Acting Director Todd Lyons, United States Department of Homeland Security Secretary Kristi Noem, United States Attorney General Pam Bondi, and United States Citizenship and Immigration Services (USCIS) Director Joseph B. Edlow. (*Id*. ¶¶ 18-22.)

Petitioner states he is a Mexican national who entered the United States in 2008 and has lived in the United States for nearly 17 years. (*Id*. ¶ 2.) Petitioner alleges he has maintained a continuous residence, has never been convicted of any crimes, and has not been subject to immigration detention or any removal proceedings. (*Id*. ¶ 24.) He also claims he has maintained employment, relationships, family connections, and social networks that anchor him to the United States. (*Id*. ¶ 25.)

1   On August 15, 2023, Petitioner filed a Violence Against Women Act (VAWA) self-petition based on abuse suffered at the hands of a United States citizen or lawful permanent resident intimate partner. (*Id.* ¶ 26.) On January 31, 2024, USCIS found that Petitioner had established a prima facie case for VAWA relief, which provides statutory protection from removal and access to certain benefits during the pendency of his petition. (*Id.* ¶ 27.) Petitioner's eligibility expired on January 20, 2025, but has since been renewed. (*Id.* ¶ 28.) USCIS has not adjudicated Petitioner's VAWA self-petition, with no explanation of delay, and no timeline for completion. (*Id.* ¶ 29.)

In August 2025, ICE detained Petitioner without warning, without a hearing, and without any showing that detention was necessary. (*Id.* ¶ 30.) At the time of detention, ICE made no showing that Petitioner was a flight risk or danger to the community. (*Id.* ¶ 31.) Petitioner remains in ICE custody at Florence Correctional Center and has not been provided with a bond hearing or any other form of custody review. (*Id.* ¶ 32.)

Based on these facts, Petitioner presents four claims for relief: his detention violates his procedural rights under the Due Process Clause of the Fifth Amendment; his detention violates his substantive rights under the Due Process Clause of the Fifth Amendment; Respondents have unreasonably delayed processing Petitioner's VAWA self-petition; and Petitioner's detention violates his protections under VAWA. The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition to the United States Attorney for the District of Arizona, to the

attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

(4) Respondents must answer the petition within **twenty (20) days** of the date of service.

(5) Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

(6) This matter is referred to Magistrate Judge Deborah M. Fine pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

Dated this 7th day of October, 2025.

_____
Dominic W. Lanza
United States District Judge